**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | MDL 2804 |
| ) | |
| ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Dan Aaron Polster |
| *Doyle v. Purdue Pharma L.P. et al.* ) | |
| Case No. 1:18-op-46327 ) | **ORDER** |
| ) | |

Before the Court is a Motion to Reconsider Ashley Poe's Motion to Intervene as Plaintiff and Class Representative (Doc. #: 39). The underlying Motion to Intervene as Plaintiff and Class Representative (the "Motion") was filed on February 24, 2020. Doc. #: 32. On March 20, 2020 the Court denied the Motion. *See* non-document Order, March 20, 2020. On March 16, 2020 the Court granted a separate Joint Motion for Extension of Time for discovery, which extended certain deposition and briefing deadlines by 60 days. *See* MDL non-document Order, March 16, 2020.

On reconsideration, the Court now construes the Motion as one for leave to amend the Complaint to add Ashley Poe as the class representative to replace the disqualified representative. *See Smith v. Leis*, No. 08-CV-234, 2009 WL 1687945, at *2 (S.D. Ohio June 12, 2009). Considering the changed circumstances of the extended deadlines, the Court finds substitution of a new class representative will cause no prejudice to Defendants or any further delay. Therefore, the Motion is **GRANTED**. Ashley Rachel Dawn Poe is a Plaintiff and putative Class Representative as of the date of this Order. The Court further orders that Plaintiffs shall promptly meet all discovery obligations pertaining to the new class representative.

IT IS SO ORDERED.

 /s/ Dan Aaron Polster  April 3, 2020  
**DAN AARON POLSTER**  
**UNITED STATES DISTRICT JUDGE**